IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK C. BOULWARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-106-SLR/SRF |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 30th day of March, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on March 10, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 23) is adopted.

2. Plaintiff's motion for summary judgment (D.I. 18) is denied and defendant's cross-motion for summary judgment (D.I. 20) is granted.

3. The clerk of court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge